NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000466
03-JUL-2017
02:35 PM

NO. CAAP-16-0000466

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DENNIS GOUVEIA, JR., Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CR NOS. 08-1-1275, 09-1-2226, 12-1-1238, 12-1-1404)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on May 25, 2017, is hereby corrected as follows:

On page 1, in the caption, the designation of the court appealed from should be "FAMILY COURT" instead of "CIRCUIT COURT" so that as corrected, the caption reads: "APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, July 3, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, C.J., and Fujise and Chan, JJ.